# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LINDA CYR** and **PAUL ERNEST CYR,**
Appellants,

v.

**IMANI ZAFAIRA BRAZ CABRERA,**
Appellee.

No. 4D18-877

[January 24, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312015DR000723.

Kate E. Watson of Adams/Coogler, P.A., West Palm Beach, for appellants.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***